# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KEVIN IMMEL,
#660654                                                                          PLAINTIFF

V.                          CASE NO. 3:19-cv-221-KGB-BD

DOYLE RAMEY, *et al*.                                                         DEFENDANTS

## ORDER

Plaintiff Kevin Immel, who is currently being held at the Poinsett County Detention Center (Detention Center), filed this case without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) Mr. Immel complains that he has not received nutritionally adequate food at the Detention Center. (#2) For screening purposes, Mr. Immel has stated a claim against each Defendant. (#2) Accordingly, service is proper.

The Clerk of Court is directed to prepare summonses for each of the named Defendants. The United States Marshal is directed to serve copies of the Complaint, with any attachments (#2), and summonses for the Defendants, without requiring prepayment of fees and costs or security. Service for Defendants should be through the Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas 72432.

IT IS SO ORDERED, this 13th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE