IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN IMMEL,
#660654                                                                                          PLAINTIFF

v.                          Case No. 3:19-cv-00221-KGB-BD

DOYLE RAMEY, *et al.*                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 25). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court therefore grants defendants' motion for summary judgment (Dkt. No. 19), to which plaintiff Kevin Immel responded and defendants replied (Dkt Nos. 23, 24). The Court dismisses with prejudice Mr. Immel's complaint (Dkt. No. 2).

It is so ordered this 29th day of September, 2020.

_____
Kristine G. Baker
United States District Judge