IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KEVIN IMMEL,**
**#660654**                                                                                   **PLAINTIFF**

v.                         Case No. 3:19-cv-00221-KGB-BD

**DOYLE RAMEY,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Kevin Immel's complaint is dismissed with prejudice. The relief requested is denied.

It is so adjudged this 29th day of September, 2020.

                                                Kristine G. Baker
                                                United States District Judge